# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| RICHARD BROWN, individually, and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) STATE FARM FIRE AND CASUALTY ) COMPANY, ) ) Defendant. ) | Case No. 2:23-cv-04002-MDH |

## ORDER OF DISMISSAL

The Court, having reviewed the Stipulation of Dismissal with Prejudice as to the claims of Plaintiff Richard Brown against Defendant State Farm Fire and Casualty Company, filed by the parties, and being fully advised in the premises, hereby orders the claims of Plaintiff against Defendant be dismissed with prejudice, with the parties to bear their own fees, costs, and expenses. The case is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: August 4, 2025

                                          */s/ Douglas Harpool*
                                          **DOUGLAS HARPOOL**
                                          **UNITED STATES DISTRICT JUDGE**